IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEPHEN B. MUNN**                                                                                   **PLAINTIFF**

v.                                                    CAUSE NO. 1:16CV151-LG-RHW

**US DEPARTMENT OF LABOR, et al.**                                               **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Order Granting Defendants' Motion to Dismiss entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's First Cause of Action is **DISMISSED** for lack of subject-matter jurisdiction, and Plaintiff's Second Cause of Action is **DISMISSED** for failure to state a claim upon which relief may be granted. As there are no remaining claims, this action is hereby **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 15th day of February, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE